No. 409. WILKINSON, COMMONWEALTH'S ATTORNEY FOR THE CITY OF RICHMOND, VIRGINIA, ET AL. *v.* TYRONE, INC., TRADING AS LEE ART THEATRE, ET AL.; and

No. 418. TYRONE, INC., TRADING AS LEE ART THEATRE, ET AL. *v.* WILKINSON, COMMONWEALTH'S ATTORNEY FOR THE CITY OF RICHMOND, VIRGINIA, ET AL. C. A. 4th Cir. Certiorari denied. *James B. Wilkinson, pro se,* and for other petitioner in No. 409, and *pro se* and for other respondent in No. 418. *Joseph S. Bambacus* for respondents in No. 409 and for petitioners in No. 418. Reported below: 410 F. 2d 639.

No. 421. CHICAGO, ST. PAUL, MINNEAPOLIS & OMAHA RAILWAY CO. ET AL. *v.* CITY OF ST. PAUL. C. A. 8th Cir. Certiorari denied. *Arthur J. Donnelly* and *Richard M. Freeman* for petitioners. *Robert E. O'Connell* for respondent.

No. 462. SCOTT *v.* OHIO CITIZENS TRUST CO. Ct. App. Ohio, Lucas County. Certiorari denied. *Harland M. Britz* for petitioner. *Fred A. Smith* for respondent.

No. 464. HAMILTON ET AL. *v.* MUNICIPAL COURT FOR THE BERKELEY-ALBANY JUDICIAL DISTRICT. Ct. App. Cal., 1st App. Dist. Certiorari denied. *Marshall W. Krause* for petitioners. *Thomas C. Lynch,* Attorney General of California, *Albert W. Harris, Jr.,* Assistant Attorney General, and *Clifford K. Thompson, Jr.,* Deputy Attorney General, for respondent.

No. 592. FLOYD *v.* CITY OF ROCKFORD. App. Ct. Ill., 2d Dist. Certiorari denied. *John R. Snively* for petitioner.